On appellant's petition for review filed July 24,* petition for review allowed, decision of the Court of Appeals vacated and remanded with instructions October 4, 1990

## STATE OF OREGON,
*Respondent on Review,*

*v.*

## JAMES ALLEN CLARKE,
*Petitioner on Review.*

(TC CR9-1954-JT; CA A62281; SC S37347)

798 P2d 671

Henry M. Silberblatt, Salem, and Sally L. Avera, Public Defender, Salem, filed the petition for petitioner on review.

No appearance *contra.*

PER CURIAM

---

* Appeal from judgment of Deschutes County District Court, Joseph J. Thalhofer, Judge. 101 Or App 675, 791 P2d 864 (1990).

**PER CURIAM**

The petition for review is allowed. The decision of the Court of Appeals is vacated, and the case is remanded to the Court of Appeals for further consideration in light of this court's opinion in *State v. Ben,* 310 Or 309, 798 P2d 650 (1990).

Petition for review allowed. Decision of the Court of Appeals vacated. Remanded with instructions.